952 A.2d 1165

COMMONWEALTH of Pennsylvania, Respondent

v.

Ambrasio MOJICA, Petitioner.

No. 195 EM 2007.

Supreme Court of Pennsylvania.

June 12, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of June, 2008, the Petition for Review is hereby **DENIED.**